<pre>
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


JEFFREY CHARLES WREN,                    1:21-cv-00806-HBK (PC)

            Plaintiff,
                                         ORDER TRANSFERRING CASE TO THE
     v.                                  SACRAMENTO DIVISION OF THE
                                         EASTERN DISTRICT OF CALIFORNIA
WARDEN MULE CREEK STATE
PRISON, et al.,

            Defendants.
</pre>

  Before the Court is Plaintiff Charles Wren's *pro se* 42 U.S.C. § 1983 Complaint filed on May 18, 2021. (Doc. No. 1). Plaintiff alleges violations of his civil rights by defendants arising at Mule Creek State Prison, located in Amador County, and San Quentin State Prison, located in San Quentin, California. (*Id.* at 1). Most of the named defendants, however, reside in Amador County. (*Id.* at 2).

  Because the events giving rise to the cause of action and/or most of the defendants reside in Amador County, which is within the venue of the Sacramento Division, plaintiff should have filed the complaint in the Sacramento Division. *See* 28 U.S.C. § 1391(b)(1)-(2); *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court jurisdiction and venue in a § 1983 action). Thus, the court finds it in the interests of justice to transfer this case under 28 U.S.C. § 1406(a).

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to transfer this action to the Sacramento Division of the United States District Court for the Eastern District of California and close this case.
2. All future filings shall refer to the new Sacramento case number assigned and shall be mailed to United States District Court, Eastern District of California 501 "I" Street, Suite 4-200, Sacramento, CA 95814 for filing.

IT IS SO ORDERED.

Dated: May 19, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2